JS-6

UNITED STATES DISTRICT COURT

ENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATANYA DSOUZA, et al., | Case No.: CV 21-2017-DMG (DFMx) |
| Plaintiffs, | **ORDER RE DISMISSAL OF ACTION [13]** |
| v. | |
| PETER T. GAYNOR, Acting Secretary, U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. The parties shall bear their own respective costs and attorneys' fees, including those under the Equal Access to Justice Act and any other provision of law.

DATED: March 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1